UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN MANN JEFFRIES,<br>    Petitioner,<br>  v.<br>TIM VIGRA, Warden,<br>    Respondent. | No. C 09-4339 LHK (PR)<br><br>**JUDGMENT** |

The petition having been denied, the Court hereby enters judgment in favor of Respondent.

**IT IS SO ORDERED.**

DATED: September 6, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

No. C 09-4339 LHK (PR)
JUDGMENT