UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN MANN JEFFRIES,<br><br>        Petitioner,<br><br>v.<br><br>TIM VIGRA, Warden,<br><br>        Respondent. | No. C 09-4339 LHK (PR)<br><br>**JUDGMENT** |

The petition having been denied, the Court hereby enters judgment in favor of Respondent.

**IT IS SO ORDERED.**

DATED: September 6, 2011

                                                                           LUCY H. KOH<br>                                                            United States District Judge